**AFFLITTO, RAIMONDI & AFFLITTO**
500 Valley Road
P. O. Box 3097
Wayne, New Jersey 07474-3097
973/633.8700
**ATTORNEYS FOR DEFENDANT**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**CASE NO. 08-00934 (DRD)**

| UNITED STATE OF AMERICA | CRIMINAL |
| :---: | :---: |
| - v - | CONSENT ORDER |
| DAVID DRILL | |
| DEFENDANT. | |

THIS MATTER having been opened to the Court upon the application of Afflitto, Raimondi & Afflitto, Esquires (Joseph T. Afflitto, Sr., Esquire, appearing), Attorneys for Defendant, David Drill, upon notice to the United States Attorney's Office (Lee M. Cortes, Jr., A.U.S.A., appearing) and United States Pre-Trial Services (Elizabeth Auson, appearing); and

it appearing to the Court that the Defendant did on December 22, 2008, enter a plea of guilty to the Information filed herein and simultaneously therewith, surrendered his Passport as a condition of his release; and it further appearing that Defendant is now seeking permission to travel to Aruba from October 18, 2012, through October 23, 2012, in order to attend his son's wedding, and has provided confirmation of the departure and return documents; and it further appearing that the United States Attorney consents and Pre-Trial Services has no objection to the within application:

It is on this ___28th___ day of ___September___, 2012,

**ORDERED** that the Defendant be permitted to leave the United States on October 18, 2012, and return October 23, 2012, and shall be permitted to retrieve his Passport for that purpose; and it is further

**ORDERED** that upon his return, he will immediately surrender his Passport to Pre-Trial Services.

_____
**DICKINSON R. DEBEVOISE, U.S.S.D.J.**